1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Cameron Shaw

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12 | CAMERON SHAW,                              ) No. 4:19-cv-08345-YGR
13 |          Plaintiff,                       )
   |                                           ) **ORDER APPROVING**
14 |     vs.                                   ) **STIPULATION FOR DISMISSAL OF**
   |                                           ) **ENTIRE ACTION**
15 | TAQUERIAS EL FAROLITO INC. dba EL          )
   | FAROLITO; MARIA S. ESPARZA, Trustee       )
16 | of the HECTOR T. ESPARZA and MARIA S.     )
   | ESPARZA 2011 FAMILY TRUST created by     )
17 | Declaration of Trust dated December 08, 2011,)
   |                                           )
18 |          Defendants.                      )
19 |                                           )
20 |                                           )
21 |_____)

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

**IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and Defendants, Taquerias El Farolito Inc. dba El Farolito; and Maria S. Esparza, Trustee of the Hector T. Esparza and Maria S. Esparza 2011 Family Trust created by Declaration of Trust dated December 08, 2011, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: November 18, 2020          MOORE LAW FIRM, P.C.

                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Cameron Shaw

Dated: November 18, 2020          TOUR-SARKISSIAN LAW OFFICES, LLP

                                  */s/ Christine Tour-Sarkissian*
                                  Christine Tour-Sarkissian
                                  Attorneys for Defendants,
                                  Taquerias El Farolito Inc. dba El Farolito; and Maria S. Esparza, Trustee of the Hector T. Esparza and Maria S. Esparza 2011 Family Trust created by Declaration of Trust dated December 08, 2011

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: 11/24/2020                  _____
                                  Yvonne Gonzalez Rogers
                                  United States District Judge